IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BETTIE PHILLIPS JACKSON, on behalf
of BOBBIE PHILLIPS, an incapacitated
person, JIMMIE SMITH; TONYA PACE;
and SONYA PACE                                                                          PLAINTIFFS

V.                                      CIVIL NO. 4:13-cv-4120

JLS TRUCKING, INC.;
FREEDOM TRUCKING USA, LLC;
and JUAN MARTINEZ                                                                       DEFENDANTS

## ORDER

Federal Rule of Civil Procedure 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave." On January 10, 2014, Plaintiffs filed a Second Amended Complaint without leave of the Court and without written consent from Defendants. Therefore, the Clerk disregarded Plaintiffs' Second Amended Complaint. (ECF No. 14). On January 24, 2014, Plaintiffs provided notice to the Court of Defendants' written consent to file a Second Amended Complaint. (ECF No. 18). Accordingly, pursuant to Rule 5.5(e) of the Rules of the United States District Courts for the Eastern and Western District of Arkansas, Plaintiffs shall refile their Second Amended Complaint within seven (7) days of the entry of this Order. Defendants shall refile their Answer to Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED**, this 27th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge