IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BETTIE PHILLIPS JACKSON et al.                                                          PLAINTIFFS

vs.                                         Civil No. 4:13-cv-04120

FREEDOM TRUCKING USA, LLC et al.                                              DEFENDANTS

## ORDER

Before the Court is Defendant Juan Martinez's Motion to Adopt Separate Defendants Freedom Trucking USA, LLC and JLS Trucking, Inc.'s Motion to Dismiss Claims for Gross Negligence/Punitive Damages and Direct Liability.  ECF No. 30.  Considering this Motion, the Court find it is well-taken and should be **GRANTED.**  Defendant Juan Martinez is permitted to adopt the motion made by Defendants Freedom Trucking USA, LLC and JLS Trucking, Inc.[1]

ENTERED this 28th day of April 2014.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] However, as outlined further in the report and recommendation entered on this date, the Court recommends the relief requested in the Motion to Dismiss (ECF No. 22) be **DENIED.**

1