IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BETTIE PHILLIPS JACKSON et al.                                                              PLAINTIFFS

vs.                                      Civil No. 4:13-cv-4120

JLS TRUCKING, INC. et al.                                                                   DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed April 28, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 50).  Judge Bryant recommends that Defendants' Motion to Dismiss be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Defendants' Motion to Dismiss (ECF No. 22) is **DENIED**.

**IT IS SO ORDERED**, this 21st day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District